**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1607**

HOWARD SNOW,

        Plaintiff - Appellant,

    v.

SELENCE FINANCE LP; MTGLQ INVESTORS, LP; SYKES, BOURBON, AHERN & LEVY P.C.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:19-cv-00410-TSE-JFA)

Submitted:  November 8, 2019              Decided:  December 9, 2019

Before WYNN, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howard Snow, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Snow appeals the district court's order granting Defendants' motion to dismiss his complaint pursuant to Fed. R. Civ. P. 12(b)(6). On appeal, we confine our review to the issues raised in the Appellant's informal brief. *See* 4th Cir. R. 34(b). Because Snow's informal brief does not challenge the basis for the district court's disposition, Snow has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*